# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIRIAM LANE,**<br><br>    **Plaintiff**<br><br>    v.<br><br>**CRA COLLECTIONS, INC.,**<br><br>    **Defendant** | Case No.: 1:17-cv-01804-VAC-CJB |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: April 2, 2018　　　　　　　　　　BY: */s/ W. Christopher Componovo*
　　　　　　　　　　　　　　　　　　　　W. Christopher Componovo, Esquire
　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman P.C.
　　　　　　　　　　　　　　　　　　　　501 Silverside Road, Suite 118
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　　　　　Phone: (302) 791-9373
　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　　Email: wcomponovo@lemonlaw.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 2nd day of April, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

**CRA Collections, Inc.**
**1150 Lancaster Blvd, Ste 210**
**Mechanicsburg PA 17055**

BY: */s/ W. Christopher Componovo*
W. Christopher Componovo, Esquire
Kimmel & Silverman P.C.
501 Silverside Road, Suite 118
Wilmington, DE 19809
Phone: (302) 791-9373
Facsimile: (877) 788-2864
Email: wcomponovo@lemonlaw.com
Attorney for Plaintiff